B3B (Official Form 3B) (12/07)

# United States Bankruptcy Court

__Northern__ **District of** _____Illinois_____

In re: Bryant Anthony Maddox
_____
Debtor(s)

Case No. _____11-34918_____

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[  ] **GRANTED.**

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] **DENIED.**

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ _74.75_____ on or before _September_ 30, 2011

$ _74.75_____ on or before _October_ 31, 2011

$ _74.75_____ on or before _November_ 30, 2011

$ _74.75_____ on or before _December_ 16, 2011

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[  ] **SCHEDULED FOR HEARING.**

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ : AM/PM at _____ .
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _9.16.11_

BY THE COURT: _____
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:     11-34918
Case Name:       Bryant Anthony Maddox
                         debtor (s)


I, Karen Jacobs, Courtroom Deputy, do hereby certify that on this
16th day of September, 2011  I caused to be served via first class
mail a true and correct copy of:

 order on debtor's application for waiver of chapter 7 filing fee
 dated: September 16, 2011

addressed to each of the following named individuals:

Bryant Anthony Maddox
14745 Woodlawn Ave. #2
Dolton, IL 60419




Karen Jacobs
Courtroom Deputy